NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-619

VERNELL LOUIE, JR., ET AL.

VERSUS

ALLSTATE INS. CO., ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 205,915
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Oswald A. Decuir, Judges.

**AFFIRMED IN PART, REVERSED IN PART.**

Edward Alan Kaplan
Attorney at Law
P. O. Box 12386
Alexandria, LA 71315
(318) 448-0831
Counsel for: Plaintiff/Appellant
Vernell Louie, Jr.
Sandy Louie

**Madeline Lee**
**Bolen, Parker, & Brenner, LTD**
**P.O. Box 11590**
**Alexandria, LA 71315-1590**
**(318) 445-8236**
**Counsel for: Defendant/Appellee**
**Allstate Insurance Company**
**Clifton Sittig**